SO. CAL EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Avenue, Second Floor
Los Angeles, CA  90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorney for Plaintiff,
ANGEL GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>PEPE'S MUFFLER SHOP, CORP.; TED TEDDY GRUVER, AS TRUSTEE OF THE TED AND MARGARITA GRUVER 2014 TRUST; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:25-cv-10345-PA (MARx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff ANGEL GARCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) hereby voluntarily requests the Court to dismiss the entire action *without prejudice* on terms that the court considers proper pursuant to Federal Rule of Civil Procedure Rule 41(a) which provides in relevant part:

> (2)   *By Court Order; Effect*.  Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.

Additionally, in light of recent settlement, Plaintiff requests the Court to retain jurisdiction for Plaintiff to complete the settlement process for thirty (30) days up until December 25, 2025.

DATED: November 25, 2025                    **SO. CAL EQUAL ACCESS GROUP**

                                                */s/ Jason J. Kim*
                                                JASON J. KIM
                                                Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL