# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL GARCIA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PEPE'S MUFFLER SHOP, CORP.;<br>TED TEDDY GRUVER, AS<br>TRUSTEE OF THE TED AND<br>MARGARITA GRUVER 2014<br>TRUST; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-10345-PA (MARx)<br><br>**ORDER DENYING DISMISSAL OF THE ENTIRE ACTION** |

1    Based on the request from Plaintiff and for good cause shown:

3    IT IS HEREBY ORDERED that the entire action be dismissed without
5    prejudice with the Court to retain jurisdiction as to settlement up until December 25,
7    2025.

**DENIED**
BY ORDER OF
UNITED STATES DISTRICT JUDGE
11/25/25

9    SO ORDERED.

11   DATED: _____    _____
                              Percy Anderson,
                              United States District Court Judge